IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TIME INSURANCE COMPANY, DERIKA OWENS, NANCY CHRISTOPHER, JAN STAECK, DONNA DICKMAN and SHARON HUBBARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>MAUREEN BROWN,<br><br>    Defendant. | Misc. Action No. **07 MISC. 076** |

## ORDER QUASHING DEPOSITION SUBPOENAS

On August 9, 2007, Plaintiffs filed a special action which sought to quash the subpoenas of Time Insurance Company ("Time") Nancy Christopher, Sharon Hubbard, Derika Owens, Jan Staeck, and Donna Dickman pursuant to Rule 45(c) of the Federal Rules of Civil Procedure. The basis for the motion is that the subpoenas fail to allow reasonable time for compliance and subjects the witnesses to undue burden.

NOW, THEREFORE, IT IS ORDERED that the subpoenas of Nancy Christopher, Sharon Hubbard, Derika Owens, Jan Staeck, and Donna Dickman are hereby quashed.

Dated at Milwaukee, Wisconsin this 10th day of August, 2007.

BY THE COURT:

*[signature]*